Argued March 28, affirmed April 20, 1977

SKIDMORE, *Appellant,*
*v.*
EMANUEL HOSPITAL, *Respondent.*
(No. A-76-08-10715, CA 7058)

562 P2d 1248

Gary M. Galton, Portland, argued the cause for appellant. With him on the brief were Roger J. Leo and Galton & Popick, Portland.

Marshall C. Cheney, Jr., Portland, argued the cause for respondent. With him on the brief was Gearin, Cheney, Landis, Aebi & Kelley, Portland.

Before Schwab, Chief Judge, and Lee and Johnson, Judges.

PER CURIAM.

Affirmed.

**PER CURIAM.**

The sole issue on appeal is a factual determination whether claimant suffered a second injury or whether her condition was an aggravation of a previous injury. We concur with the finding of the circuit court, the Workmen's Compensation Board and the referee that there was no second injury.

Affirmed.